**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>RONALD R. MOLDOWAN,<br><br>　　　　　　　　Defendant. | NO. CR04-5400-RBL<br><br>ORDER REVOKING BOND AND DETENTION ORDER |

<u>Offenses charged</u>:

　　Count I:　　Conspiracy to Distribute Marijuana, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B) and 846

　　Count II:　　Possession of Marijuana with Intent to Distribute, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 846

<u>Bond Revocation</u>:　September 20, 2010

　　On September 7, 2004, defendant appeared at a motion hearing before the Honorable J. Kelley Arnold after which defendant was released on an appearance bond that included restrictions that he not commit any violations of law.

　　On February 10, 2005, Pretrial Services filed a Petition for Warrant for Defendant Under Pretrial Services Supervision, alleging that the defendant had violated the terms and conditions of his bond as follows:

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

1. The defendant has violated the bond conditions by committing the crime of Exportation of Possession with the Purpose of Trafficking on January 28, 2005, in Canada.

2. The defendant has violated his bond condition that he shall appear at all court hearing by failing to appear for sentencing on January 28, 2005.

3. The defendant has violated his bond conditions by failing to maintain his residence by moving from this residence on January 27, 2005.

4. The defendant has violated his bond conditions by failing to report on January 26, 2005 as directed by Pretrial Services.

On September 20, 2010, the defendant made his initial appearance at a bond revocation hearing before the undersigned Magistrate Judge. He was advised of his rights in connection with the Petition for Warrant for Defendant Under Pretrial Services Supervision. He was advised of the bond violation allegations. He admitted to violations 2 and 4. Alleged violations 1 and 3 were dismissed without prejudice by the government.

Pursuant to CrR 32.1, CrR46(c) and 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) On September 7, 2004, defendant was released on bond with pretrial supervision and special conditions.

(2) The defendant has failed to abide by the terms of his bond, as set forth in admitted violations 2 and 4 above.

(3) There appear to be no conditions or combination of conditions other than detention that will reasonably assure the defendant's appearance at future Court hearings as required, and that will address the risk of the defendant's danger to the community.

IT IS THEREFORE ORDERED:

(1) Defendant's bond is hereby revoked;

(2) Defendant shall be detained pending sentencing on October 1, 2010 and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(3) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(4) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(5) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 20th day of September, 2010.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 3